IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PAULETTE QUINN**                                                                                          **PLAINTIFF**

v.                                    Case No. 3:09-cv-026-DPM

FORD MOTOR CO., TRW VEHICLE
SAFETY SYSTEMS, INC., TRW
AUTOMOTIVE SAFETY SYSTEMS
ARKANSAS, INC., JAGUAR CARS
LIMITED, JAGUAR LAND ROVER
NORTH AMERICA, INC.
and JOHN DOES 3-10                                                              **DEFENDANTS**

ORDER

The parties have jointly moved to extend the discovery deadline six months and continue the trial date of 13 September 2010. The joint motion is granted. A revised final scheduling order and new trial setting will issue in due course.

It Is So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 June 2010