IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAULETTE QUINN                                                                                    PLAINTIFF

v.                          Case No. 3:09-cv-26-DPM

FORD MOTOR COMPANY, d/b/a and f/k/a
Jaguar Cars; TRW VEHICLE SAFETY
SYSTEMS, INC.; TRW AUTOMOTIVE
SAFETY SYSTEMS ARKANSAS, INC.;
JAGUAR CARS LIMITED; JOHN DOES 4–10;
JAGUAR LAND ROVER NORTH AMERICA, LLC;
and AUTOLIV ASP, INC.                                                                          DEFENDANTS

# ORDER

Quinn's motion for a short extension of her expert disclosure deadline, *Document No. 73,* is denied. We are too deep in the case for a complete shift in focus from the airbags to pretensioners. As best the Court can tell, the information about pretensioners gained during the Autoliv deposition echoed information already in Quinn's possession. Quinn must identify her experts and provide their opinions by 22 July 2011. All other deadlines remain unchanged.

As to Autoliv, the record is now clear that this company had nothing to

do with the seatbelts or the pretensioners. *Document No. 76-1.* The Court therefore takes Quinn at her word, *Document No. 73 at 4*, and dismisses all claims against Autoliv without prejudice. Autoliv's motion to file a late answer, *Document No. 68,* is denied as moot.

    So Ordered.

                       */s/ D.P. Marshall Jr.*
                        D.P. Marshall Jr.
                        United States District Judge

                        19 July 2011