IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


PAULETTE QUINN                                                    PLAINTIFF


v.                              No. 3:09-cv-26-DPM


FORD MOTOR COMPANY, d/b/a and/or f/k/a
Jaguar Cars; JAGUAR CARS LIMITED; and
JAGUAR LAND ROVER NORTH AMERICA, LLC          DEFENDANTS


ORDER

Eight months ago, the Court granted Quinn's motion to dismiss some
defendants without prejudice. The Court also put the rest of the case on hold
based on Quinn's notice that she had settled with Ford and Jaguar, the
remaining defendants. *Document No. 81.* The expected motion to dismiss
from Quinn has not appeared. Quinn has informed the Court's staff that the
parties' settlement has not fallen apart; but there was a longer-than-usual
delay in quantifying a Medicare lien (now done) and a delay in getting checks
cut and settlement documents signed (now in the works). The case has
lingered long enough. The Court therefore dismisses what is left of it with
prejudice based on the parties' settlement, retaining jurisdiction until 30 April
2012 to adjudicate any settlement-related issues that need deciding.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 March 2012