IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAULETTE QUINN                                                                          PLAINTIFF

v.                                     No. 3:09-cv-26-DPM

FORD MOTOR COMPANY, d/b/a and/or f/k/a
Jaguar Cars; JAGUAR CARS LIMITED; and
JAGUAR LAND ROVER NORTH AMERICA, LLC            DEFENDANTS

ORDER

Eight months ago, the Court granted Quinn's motion to dismiss some defendants without prejudice. The Court also put the rest of the case on hold based on Quinn's notice that she had settled with Ford and Jaguar, the remaining defendants. *Document No. 81*. The expected motion to dismiss from Quinn has not appeared. Quinn has informed the Court's staff that the parties' settlement has not fallen apart; but there was a longer-than-usual delay in quantifying a Medicare lien (now done) and a delay in getting checks cut and settlement documents signed (now in the works). The case has lingered long enough. The Court therefore dismisses what is left of it with prejudice based on the parties' settlement, retaining jurisdiction until 30 April 2012 to adjudicate any settlement-related issues that need deciding.

So Ordered.

*signature*
_____
D.P. Marshall Jr.
United States District Judge

29 March 2012