IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAULETTE QUINN                                                    PLAINTIFF

v.                              No. 3:09-cv-26-DPM

FORD MOTOR COMPANY, d/b/a and/or f/k/a
Jaguar Cars; TRW VEHICLE SAFETY SYSTEMS, INC.;
TRW AUTOMOTIVE SAFETY SYSTEMS
ARKANSAS, INC.; JAGUAR CARS LIMITED;
JAGUAR LAND ROVER NORTH AMERICA, LLC;
AUTOLIV ASP, INC.; and JOHN DOES 4–10          DEFENDANTS

JUDGMENT

All Quinn's claims against TRW Safety Systems, Inc., TRW Automotive

Safety Systems Arkansas, Inc., Autoliv ASP, Inc., and John Does 4–10 are

dismissed without prejudice. All Quinn's claims against Ford and Jaguar are

dismissed with prejudice pursuant to the parties' settlement, with the Court

retaining jurisdiction until 30 April 2012 over that settlement.

D.P. Marshall Jr.
United States District Judge

29 March 2012